JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| HARRY MACK WALLACE,<br><br>                    Plaintiff,<br><br>        v.<br><br>PALACIOS, et. al.,<br><br>                    Defendants. | Case No. CV 23-07651-VBF (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.


DATED: December 10, 2024


                                        /s/ Valerie Baker Fairbank
                                        ———————————————————
                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE